Henry WATKINS "Hank" Skinner,
Plaintiff–Appellant,

v.

Robert R. TREON, Senior Warden; Lannette Linthicum, Director of Health Services; Allen Highower; Rochelle McKinney, RN, Medical Assistant; Loren L. Brewer, health Administrator; Gullermo Porras, Dr., Defendants–Appellees.

No. 03–40384.

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Nov. 12, 2003.

Henry Skinner, Livingston, TX, for Plaintiff-Appellant.

Jacqueline Lee Haney, Assistant Attorney General, Austin, TX, for Defendant-Appellee.

Before SMITH, DEMOSS and STEWART, Circuit Judges.

PER CURIAM.*

Texas inmate Henry Watkins "Hank" Skinner, TDCJ No. 999143, moves this court for appointment of counsel. The motion is DENIED. Skinner has appealed the district court's entry of summary judgment on his claim that the defendants have denied him medical care for chronic hepatitis C.** We vacate and remand for further factual development of Skinner's claim that the defendants are merely monitoring his chronic condition, rather than providing medical care consistent with currently-accepted standards.

MOTION FOR COUNSEL DENIED; VACATED AND REMANDED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

** By failing to brief the issues, Skinner has abandoned the other claims that he raised in the district court.